UNITED STATES OF AMERICA,
Appellant,

v.

Ronnie Joe BENSON, Appellee.

No. 01–1853.

United States Court of Appeals,
Eighth Circuit.

Submitted Nov. 16, 2001.

Decided Dec. 3, 2001.

Before MCMILLIAN and MORRIS SHEPPARD ARNOLD, Circuit Judges, and NANGLE,[1] District Judge.

[UNPUBLISHED]

PER CURIAM.

Ronnie Joe Benson brought this action in the United States District Court for the Eastern District of Arkansas, seeking relief pursuant to 28 U.S.C. § 2255 from the sentence imposed on him in a drug conspiracy case. The district court entered an order stating that Benson would be resentenced. *United States v. Benson*, No. 4:00–CV–00333 (E.D.Ark. Feb. 7, 2001). The United States of America (the government) appealed, citing 28 U.S.C. § 2253 and Fed. R.App. P. 4(a) as authority for this court's jurisdiction on appeal.

1. The Honorable John F. Nangle, United States District Judge for the Eastern District of Missouri, sitting by designation.

Upon review, we conclude that we lack appellate jurisdiction because there is no final order from which the government is appealing. *See* 28 U.S.C. § 2253(a) ("In a habeas corpus proceeding or a proceeding under section 2255 before a district judge, the *final* order shall be subject to review, on appeal, by the court of appeals for the circuit in which the proceeding is held.") (emphasis added).

The government's appeal is dismissed.